No. 9171.

COX *v.* BRISBOIS.

*Error to Denver District Court, Hon. H. P. Burke, Judge.*

*Application for Supersedeas.*

Mr. BERT MARTIN, for plaintiff in error.

Mr. JOHN T. BOTTOM, for defendant in error.

*Per curiam:*

UPON a careful examination of the record and briefs of counsel, we are convinced that no prejudicial error was committed in this case; for which reason the application for supersedeas will be denied and the judgment affirmed.

*Supersedeas denied; judgment affirmed.*

Decision *en banc.*

Chief Justice White and Mr. Justice Garrigues not participating.

---

No. 9143.

PRICER *v.* McDONALD.

*Error to Denver District Court, Hon. A. Watson McHendrie, Judge.*

Mr. WALTER I. LYON and Mr. BERT MARTIN, for plaintiffs in error.

Messrs. MORRIS & GRANT, for defendant in error.

*Per curiam:*   (Department 1).

UPON examination of the record we fail to discover any substantial error and, therefore, deny the application for a *supersedeas* and affirm the judgment.